UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:20CR00303 DPM |
| | ) | |
| JERODE DICKERSON | ) | |

## STATUS REPORT

COMES NOW Assistant United States Attorney Lauren Eldridge, and for a status report to the Court, states:

1. This case is set for jury trial on April 24, 2023.

2. The United States has conveyed an offer to counsel for the defendant.

3. At this time, the United States has not received a response regarding how the defendant wishes to proceed with the case.

        Respectfully submitted,
        JONATHAN D. ROSS
        United States Attorney

By:    Lauren Eldridge
        AR Bar No. 2014230
        Special Assistant United States Attorney
        P.O. Box 1229
        Little Rock, AR 72203
        Telephone: (501) 340-2600
        E-mail: lauren.eldridge@usdoj.gov